WINBORNE v. WINBORNE

No. 259 PC.

Case below: 41 N.C. App. 756.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 10 September 1979.

WISE v. WISE

No. 273 PC.

Case below: 42 N.C. App. 5.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 September 1979.

WOODHOUSE v. BOARD OF COMMISSIONERS

No. 244 PC.

No. 112 (Fall Term).

Case below: 41 N.C. App. 473.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 10 September 1979.